AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:20-mj-00056 |
| | ) | |
| MARTYNOV, IGOR ALEXANDROVICH | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 14, 2020_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit of TFO, Brett S. Hawkinson

❐ Continued on the attached sheet.

<table>
<tr><td></td><td>By phone</td></tr>
<tr><td></td><td><em>Complainant's signature</em></td></tr>
<tr><td></td><td>Brett S. Hawkinson, Task Force Officer</td></tr>
<tr><td></td><td><em>Printed name and title</em></td></tr>
</table>

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 12:05 a.m./p.m.

Date: _____03/19/2020_____

*Judge's signature*

City and state: _____Portland, Oregon_____

Stacie F. Beckerman, U.S. Magistrate Judge

*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF BRETT S. HAWKINSON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.      I am a police officer with the Portland Police Bureau and have been since November 2001.  As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010.  I was promoted to the rank of Detective in August 2007, and my training and experience includes over 18 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for IGOR ALEXANDROVICH MARTYNOV, a white male with date of birth XX-XX-1991, for Bank Robbery in violation of 18 U.S.C. § 2113(a).  As set forth below, there is probable cause to believe, and I do believe, that he committed Bank Robbery in violation of 18 U.S.C. § 2113(a).

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

///

///

**Page 1 – Affidavit of Brett S. Hawkinson**          **USAO Version Rev. June 2017**

**Applicable Law**

4.      Title 18 U.S.C. § 2113(a) prohibits a person from using force and violence, or intimidation, to knowingly and unlawfully take or attempt to take currency or any other thing of value from a bank or credit union whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC) or National Credit Union Administration (NCUA).  18 U.S.C. § 2113(a).

**Statement of Probable Cause**

5.      On January 14, 2020, at approximately 1:09 pm., a robbery occurred at the Columbia State Bank located at 473 NW Burnside Road, City of Gresham, Multnomah County, State of Oregon.  The bank, whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), suffered a loss of approximately seven hundred eighty dollars ($780) in U.S. currency.

6.      The victim teller reported to Gresham Police that a man unknown to him, hereafter referred to as "the robber", entered the bank, approached his teller station, and displayed a white note that read "Robbery" in green ink.  The robber held the demand note about waist high so it was only visible to the victim teller.  The robber also had his mouth covered with a scarf.  The victim teller provided the robber with a stack of ten dollar bills; the robber replied and demanded more money (Note:  The victim teller could only hear something about wanting hundred dollar bills because the scarf muffled the robber's voice).  The victim teller provided the robber with a small stack of one hundred dollar bills, and then activated the alarm.  The robber obtained approximately seven hundred and eighty dollars ($780) in US currency, and fled the bank.

7.      The reporting officer, Officer Ryan Barrett, obtained surveillance images of the robber.  Officer Barrett reviewed the images, and described the robber as a white male in his 20s

or 30s, wearing a shiny black Columbia brand "Titanium" rain jacket, which had the hood up and was zipped all the way up, obscuring the lower half of his face. Officer Barrett could see stringy blond hair sticking out from under the hood of his jacket. Officer Barrett reported he saw what appeared to be pock marks on his nose and the area around the still visible portion of his face. An image of the bank robber obtained from Columbia State Bank is attached to this affidavit as Attachment A.

8.      A witness teller saw the robber run out of the bank, and in front of the Nectar Cannabis Company. Gresham Police Sergeant Matthew Galbreath reviewed video surveillance from the Nectar Cannabis Company, and observed the following:

> a) Sgt Galbreath observed a silver Dodge Caliber, drive westbound in the lot and back into a parking spot. The Dodge had no license plates on the vehicle, an unreadable temporary permit in the back window, and the driver's side window was covered with a trash bag.
>
> b) Shortly after the vehicle parked, a subject matching the description of the robbery suspect exited the driver's seat of the vehicle. The subject was clad in a black hooded Columbia rain jacket, and gray or black sneakers with white rims around the soles. The suspect also had a black glove on his left hand.
>
> c) The suspect then walked eastbound in the parking lot, toward the area of the bank and out of sight.
>
> d) At 01:09:24 I observed the same subject on the surveillance camera come running back westbound in the lot and get into the Dodge. The Dodge then left westbound out of the lot.

Based on the foregoing, Sgt Galbreath concluded that the silver Dodge Caliber on the Nectar Cannabis Company surveillance video was the vehicle used in the robbery and driven by the robbery suspect.

9.      I received images from the Nectar Cannabis Company surveillance video from Detective Tim Snider of the Gresham Police Department via e-mail, which are attached to this

affidavit as Attachment B.  A photo of MARTYNOV taken at booking on unrelated charges is included as Attachment C.

10.    Gresham Police officers distributed the above information, including the images of the suspect vehicle, in an effort to identify the bank robber.

11.    On Friday, January 17, 2020, Gresham Police Sergeant Jeff Cordes was on patrol when he observed a silver Dodge Caliber hatchback car parked in a handicap loading zone in front of the MetroMat Laundromat located at 16353 SE Division Street, Suite 108, in the City of Portland, Multnomah County, State of Oregon.  Sgt Cordes recognized the car to be that of the robbery vehicle, noticing that there was now clear plastic over the driver side front window instead of black plastic.  Sgt Cordes then observed a male subject sitting in the driver's seat.  Sgt Cordes detained the subject as part of the on-going investigation.  He saw that the subject, IGOR MARTYNOV, closely resembled the robbery suspect.  He also saw a blonde wig and a black knit cap in the back seat that appeared to be the same as worn during the Gresham bank robbery. They also learned that MARTYNOV had a felony warrant for parole violation.  MARTYNOV was arrested and transported to the Gresham Police Department.

12.    Gresham Police Detectives Aaron Turnage and Lindsey Friedrich interviewed MARTYNOV.  MARTNOV subsequently confessed to robbing the Columbia State Bank in Gresham, Oregon, and also robbing the Riverview Community Bank in Portland Oregon in early November.

## Conclusion

13.    Based on the foregoing, I have probable cause to believe, and I do believe, that IGOR ALEXANDROVICH MARTYNOV, a white male with date of birth 06-XX-1991,

committed the crime of bank robbery in violation of 18 U.S.C. § 2113(a). I therefore request that the Court issue a criminal complaint and arrest warrant for MARTYNOV.

14.     Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Greg Nyhus and AUSA Nyhus advised me that, in his opinion, the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

(By phone)

_____
Brett S. Hawkinson
Detective/ FBI Task Force Officer

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  12:05

a.m/p.m. on _____3/19/20_____.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

**Attachment A**



Above: Images of bank robber from January 14, 2020 robbery of Columbia State Bank in
Gresham, Oregon.

**Attachment B**



Above: Images of the robber and the getaway vehicle from Nectar Cannabis Company video surveillance.

**Attachment C**



Above: Multnomah County Booking Photo of IGOR MARTYNOV from January 18, 2020.